# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 28, 2005*

[Cite as *02/28/2005 Case Announcements*, 2005-Ohio-802.]

## MOTION AND PROCEDURAL RULINGS

**2004–1765. State ex rel. Vindicator Printing Co. v. Youngstown.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion to exceed page limitation in its merit brief,

IT IS ORDERED by the court that the motion be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS